# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 26, 2021

Mr. Joseph R. Guerra
SIDLEY & AUSTIN
1501 K Street, N.W.
Washington, DC  20005-0000

RE:  21-1731  Pharmaceutical Research v. Stuart Williams, et al

Dear Counsel:

**The following deficiency does not require reproduction of the entire appendix. Please provide the court with the missing document due 5 days from the date of this notice.**

__X___ CERTIFICATE OF SERVICE is missing. Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your appendix on both the court and opposing counsel.

Michael E. Gans
Clerk of Court

MVP

cc:    Mr. John M Baker
       Mr. Mark Leland Johnson
       Ms. Sarah L Krans
       Ms. Kathleen Moriarty Mueller
       Mr. Benjamin M. Mundel
       Ms. Katherine M. Swenson
       Ms. Leah M. Tabbert